UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO G.B.,<br><br>                              Petitioner,<br><br>        v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX, et al.,<br><br>                              Respondents. | Case No. 1:26-cv-01610-KES-SKO<br><br>**ORDER GRANTING UNOPPOSED MOTION TO PROCEED UNDER PSEUDONYM** |

On March 6, 2026, Petitioner filed a Motion to Proceed Under Pseudonym.

The Court, having considered Petitioner's Motion and finding good cause, hereby GRANTS the Motion and ORDERS as follows:

1. Petitioner will be referred to by his first name and last initials in this action and in filings made by the parties.

IT IS SO ORDERED.

Dated:    March 21, 2026                    _____
                                          UNITED STATES DISTRICT JUDGE

1